# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

**RICKY LEGGETT**,

    v.    **Plaintiff,**

                                                    Civil No. 2:19cv51

**WAL-MART STORES EAST, L.P.**,

**and**

**U.S. SECURITY ASSOCIATES, INC.**,

        **Defendants.**

## JUDGMENT IN A CIVIL CASE

    **Decision by the Court.**  This action came for decision before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Defendant's Motion to Dismiss is GRANTED IN PART. The Complaint is STRICKEN FROM THE RECORD, and the matter is hereby DISMISSED WITHOUT PREJUDICE.

DATED:  3/14/2019                              FERNANDO GALINDO, Clerk

                                                            By         /s/
                                                             C. Louis, Deputy Clerk